ELIZABETH F. ROJAS,
CHAPTER 13 TRUSTEE
15260 VENTURA BOULEVARD
SUITE 710
SHERMAN OAKS, CALIFORNIA 91403
PHONE:        (818) 933-5700
FACSIMILE:    (818) 933-5755

**FILED & ENTERED**

**SEP 21 2022**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Cetulio    DEPUTY CLERK**

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SAN FERNANDO VALLEY DIVISION

In re

JANICE MARIE LAWRENCE

Debtor(s)

) Case No.1:22-10738-MB
)
) Chapter 13
)
) ORDER DISMISSING CHAPTER 13 CASE FOR
) FAILURE TO APPEAR AND MAKE PRE-
) CONFIRMATION PLAN PAYMENTS.
)
)           §341(a) Meeting
) DATE:     September 07, 2022
) TIME:     9:45 am
) LOCATION: Via ZoomGov
)
)

Notice of the 341(a) Meeting of Creditors and initial confirmation hearing date having been duly served by the Clerk of the Court, or the Trustee, upon the debtor(s), and the debtor(s) having failed to appear and make pre-confirmation play payments at the 341(a) Meeting of Creditors,

**IT IS HEREBY ORDERED THAT**,

1. Debtor's Bankruptcy case is dismissed; and

/ / /

/ /

/

/

/

2. <u>The Court reserves jurisdiction on all issues arising under sections 110, 329, 330 and 362 of the Bankruptcy Code, the Court's contempt and sanctions powers, any violations of the Federal Rules of Bankruptcy Procedure or the Court's local rules, criminal referrals to the United States' Attorney's Office and any other ancillary matters related to this case.</u>

###

Date: September 21, 2022

Martin R Barash
United States Bankruptcy Judge