# United States Bankruptcy Court
# Central District of California

21041 Burbank Blvd, Woodland Hills, CA 91367−6603

# NOTICE OF DISMISSAL

**DEBTOR INFORMATION:**
Janice Marie Lawrence

**BANKRUPTCY NO.** 1:22−bk−10738−MB

**CHAPTER** 13

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):  xxx−xx−5745
Employer Tax−Identification (EIN) No(s).(if any):  N/A
**Debtor Dismissal Date:** 9/21/22

**Address:**
23100 Avenue San Luis, #378
Woodland Hills, CA 91364

You are notified that an order was entered **DISMISSING** the above−captioned case and vacating the discharge if previously entered.

The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

Dated: September 21, 2022

For The Court,

**Kathleen J. Campbell**
Clerk of Court

Form ntcdsm−ndms Rev. 06/2017

**15 / JC**